Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of mechanical apparatus, or parts thereof in chief value of metal, dedicated for use therewith, similar in all material respects to those the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (50 Cust. Ct. 212, Abstract 67453), the claim of the plaintiff was sustained.

Before the Second Division, September 6, 1966

**No. P66/212.**—Metropolitan Industries, Inc. *v.* United States, protests 322034–K and 323730–K (New York).

Rao, C. J. In accordance with stipulation of counsel that the items of merchandise covered by the foregoing protests, described as sprinklers, are, in fact, hose nozzles and following the rationale of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiff was sustained.

**No. P66/213.**—Balfour Guthrie & Co., Ltd., and Air Clearance Asso., Inc. *v.* United States, protest 64/6004 (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of nylon gloves similar in use to silk gloves and that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.

Before the Second Division, September 12, 1966

**No. P66/214.**—Kwan Yuen Co. and America Asia Co. *v.* United States, protests 59/15874 and 59/14897 (Los Angeles).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of harvest hats valued at less than $3 per dozen, which are not blocked, trimmed, or sewed, similar in all other material respects to those the subject of *Bailey-Mora Co., Inc., a/c Vera Lou, Inc., et al.* v. *United States* (54 Cust. Ct. 55, C.D. 2508), the claim of the plaintiffs was sustained.

Before the Second Division, September 13, 1966

**No. P66/215.**—Lafayette Brass Co., Inc. *v.* United States, protests 64/22564 and 64/25120 (New York).